

**MEMO ENDORSED**

October 30, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024
```

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:   **Robles v. MNG Missouri Holdings LLC**
                  **1:24-cv-07521-VEC**

Dear Judge Caproni:

      We represent Plaintiff Primitivo Robles in connection with the above referenced matter. As the parties are currently in contact regarding potential resolution of this matter, we write with consent and on behalf of Defendant, MNG Missouri Holdings LLC ("Defendant") to respectfully request an adjournment of Defendant's time to respond to the Complaint from November 1, 2024 to December 15, 2024. This is the first request for an adjournment of Defendant's time to respond to the Complaint, and there are no other upcoming deadlines.

                            Respectfully submitted,

                            **JOSEPH & NORINSBERG, LLC**

                            Jon L. Norinsberg, Esq.

cc:     Allie Faver, Esq., allie@mngcity.com (via electronic mail)
         *Counsel for Defendants*

Application DENIED AS MOOT.  Consistent with Paragraph 1 of the Notice of Initial Pretrial Conference (Dkt. 5), Defendants' time to move or answer the Complaint is stayed until the date of the initial pretrial conference (February 7, 2025).  The parties are advised to review all orders entered in this case.

SO ORDERED.

*[signature]*  10/31/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE