AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| PRIMITIVO ROBLES ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-CV-07521-VEC |
| MNG MISSOURI HOLDINGS LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF.

Date:   12/24/2024

s/ ARJETA ALBANI
*Attorney's signature*

ARJETA ALBANI  5654587
*Printed name and bar number*

110 E. 59TH STREET, SUITE 2300
NEW YORK, NEW YORK 10022

*Address*

arjeta@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*