UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PRIMITIVO ROBLES, on behalf of himself and
all others similarly situated,

                            Plaintiff,

         -against-                                24-CV-07521 (VEC)

                                                      ORDER

MNG MISSOURI HOLDINGS LLC d/b/a CBD
KRATOM,

                            Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 8, 2024, the Court issued a Notice of Initial Pretrial Conference (Dkt. 5) ordering the parties to meet and confer not later than January 15, 2025, and to file a joint letter and proposed case management plan not later than January 30, 2025;

      WHEREAS on October 21, 2024, Plaintiff filed proof of service upon Defendant (Dkt. 6);

      WHEREAS on February 3, 2025, after the parties failed to file their joint letter and proposed case management plan on January 30, 2025, the Court adjourned the deadline to file those materials to February 6, 2025, adjourned Defendant's answer deadline to February 14, 2025, adjourned the initial pretrial conference to February 14, 2025, and advised the parties that these deadlines would not be adjourned again (Dkt. 11); and

      WHEREAS Plaintiff has represented that he has been in contact with counsel for Defendant since at least October 2024 (*see* Dkts. 7, 10), but such counsel has not entered a notice of appearance, despite being instructed to do so in the Court's February 3, 2025, Order (Dkt. 11).

IT IS HEREBY ORDERED that the initial pretrial conference will proceed as scheduled on **Friday, February 14, 2025 at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  In addition to discussing their proposed case management plan, the parties must be prepared to show cause at the conference why they should not be sanctioned for failing to comply with the Court's February 3, 2025, Order (Dkt. 11).

IT IS FURTHER ORDERED that the parties must file the pre-conference joint letter and proposed case management plan, in the format described in the Notice of Initial Pretrial Conference, not later than **today, February 7, 2025**.  Failure to meet this deadline may result in sanctions.

**SO ORDERED.**

Date:  February 7, 2025
       New York, New York

_____
VALERIE CAPRONI
**United States District Judge**